# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 31, 2024

*By the Court:*

| | |
|---|---|
| No. 24-2882 | EPIC SYSTEMS CORPORATION, <br> Plaintiff - Appellant <br><br> v. <br><br> TATA CONSULTANCY SERVICES LIMITED, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00748-wmc <br> Western District of Wisconsin <br> District Judge William M. Conley | |

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement that provides information concerning appellate jurisdiction.

In the present case, appellant's Circuit Rule 3(c) docketing statement fails to set forth the date on which the notice of appeal was filed. Appellant must provide this information. Cir. R. 28(a)(2)(iv). Accordingly,

**IT IS ORDERED** that appellant shall file an amended docketing statement that provides a complete statement of jurisdiction that includes the omitted information. The statement is due on or before November 7, 2024.

form name: **c7_Order_BTC**     (form ID: **178**)