No. 24-2882

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

EPIC SYSTEMS CORPORATION,
*Plaintiff-Appellant,*

v.

TATA CONSULTANCY SERVICES LIMITED & TATA AMERICA
INTERNATIONAL CORPORATION (dba TCS America),
*Defendants-Appellees.*

Appeal from the United States District Court for the
Western District of Wisconsin, No. 3:14-cv-00748-wmc
(Conley, J.)

## PLAINTIFF-APPELLANT'S VERIFIED BILL OF COSTS

Plaintiff-Appellant Epic Systems Corporation ("Epic"), through its counsel, Jenner & Block LLP, submits this verified bill of costs pursuant to Federal Rule of Appellate Procedure Rule 39 and Circuit Rule 39, and states as follows:

1. On June 4, 2025, this Court entered final judgment reversing and remanding the district court's decision. (Dkt. 43.) In that Order, the Court instructed that the decision was reversed "with costs." (*Id.*)

2. Epic incurred the following costs in the Court of Appeals, which are recoverable under 28 U.S.C. § 1920:

| Date | Description | Calculation | Cost Sought |
|---|---|---|---|
| 01/13/2025 | Opening Brief (81 pages, including covers) | <u>Copying:</u> 79 pages at Circuit Rate of $0.10/page = $7.90 per copy x 15 copies = $118.50<br><br><u>Covers:</u> 2 covers (card stock front and back) at Circuit Rate of $2.00/cover = $4.00 per copy x 15 copies = $60.00<br><br><u>Binding:</u> at Circuit Rate of $2.00/brief x 15 copies = $30.00<br><br>$118.50 + $60.00 + 30.00 = | $208.50 |
| 04/04/2025 | Reply Brief (31 pages including covers) | <u>Copying:</u> 29 pages at Circuit Rate of $0.10/page = $2.90 per copy x 15 copies = $43.50<br><br><u>Covers:</u> 2 covers (card stock front and back) at Circuit Rate of $2.00/cover = $4.00 per copy x 15 copies = $60.00<br><br><u>Binding:</u> at Circuit Rate of $2.00/brief x 15 copies = $30.00<br><br>$43.50 + $60.00 + 30.00 = | $133.50 |
| 10/22/2024 | Fee for filing Notice of Appeal (receipt #AWIWDC-3509351) | | $605.00 |
| **TOTAL** | | | **$947.00** |

WHEREFORE, Plaintiff-Appellant Epic Systems Corporation requests that this Court award costs on appeal in the amount of $947.00.

Dated: June 6, 2025

Respectfully submitted,

EPIC SYSTEMS CORPORATION

Michael T. Brody
   *Counsel of Record*
Simon A. DeCarvalho
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
mbrody@jenner.com
sdecarvalho@jenner.com

/s/ Kathryn L. Wynbrandt
Kathryn L. Wynbrandt
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000
kwynbrandt@jenner.com

Kristin G. Noel
QUARLES & BRADY LLP
33 East Main Street
Suite 900
Madison, WI 53703
(608) 251-5000
kristin.noel@quarles.com

*Counsel for Epic Systems Corporation*

# DECLARATION OF KATHRYN L. WYNBRANDT

I, Kathryn L. Wynbrandt, an attorney for Plaintiff-Appellant Epic Systems Corporation ("Epic"), verifies under oath and penalty of perjury that, to the best of my understanding, the costs requested in this Verified Bill of Costs are true and correct costs incurred by counsel for Epic in this appeal.  Each item of costs for which counsel for Epic seeks recovery has been necessarily incurred in this case.

Dated:  June 6, 2025                                          /s/Kathryn L. Wynbrandt
                                                                              Kathryn L. Wynbrandt

## CERTIFICATE OF SERVICE

I certify that on the 6th day of June 2025, I caused **Plaintiff-Appellant's Verified Bill of Costs** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kathryn L. Wynbrandt
Kathryn L Wynbrandt